## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

|                                      |   |                                |
|--------------------------------------|---|--------------------------------|
| In re                                | ) |                                |
|                                      | ) | Chapter 13, No. 16-31054-HJB  |
| MARCIANO TALULA BOUDREAU             | ) |                                |
|                                      | ) |                                |
|          Debtors                     | ) |                                |

### DEBTOR'S MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSIES

To the **HONORABLE MELVIN S. HOFFMAN**, Bankruptcy Judge:

Pursuant to Bankruptcy Rules 9019 and 2002 and Massachusetts Bankruptcy Local Rules 9019-1 and 2002-1, Marciano Talula Boudreau, the debtor in the above captioned Chapter 13 case (the "Chapter 13 Case")(the "Debtor"), requests entry of an order authorizing the settlement of the various controversies with Ross "Sam" August as follows:

1. The Debtor commenced the Chapter 13 Case on December 8, 2016. Previously, the Debtor had filed a Chapter 13 case, Case No. 15-30974-HJB (the "First Case"), on October 30, 2015. The First Case was dismissed on April 14, 2016.

2. On December 21, 2016, the Debtor filed a Motion to Extend the Stay. Ross "Sam" August filed an opposition to the Motion to Extend Stay. Ross "Sam" August also has stated his intent to file an adversary proceeding seeking that the debt owed to him by a judgment issued in the Housing Court in the amount of over $4,000 be determined as non-dischargeable.

3. The Debtor and Ross "Sam" August seeks to resolve their differences as follows:

      (i)     Ross "Sam" August is to be paid $1000.00, in 4 equal monthly installments, payable to "Peter Irvine, attorney for Sam August", the payments to commence within 15 days of an order approving this compromise; advance payments are acceptable;

      (ii)    The Payment to be made by a named relative of Ms. Boudreau, and guaranteed by ApMar USA, Inc.

    (iii)     In consideration of the $1,000.00, once it is paid in full Mr. August will waive his right to file an adversary proceeding seeking that the judgment be determined to be non-dischargeable, and Ross "Sam" August then will withdraw his Opposition to Motion to Extend Stay;

    (iv)     Both parties agree to continue the hearing on August's Opposition to Motion to Extend Stay generally, pending payment of the settlement;

    (v)     Both parties agree to stay filing of August's contemplated adverse proceeding for 4 months after the date of an order approving this compromise, and the time to file a complaint will be extended until such time (and Boudreau agrees to waive objection to late filing of this adverse proceeding during this time); if all payments are paid, then Ross "Same August will waive the right to file an adversary proceeding;

    (vi)     The Debtor's Motion to Vacate the Order will be continued generally; if all payments are made, then the Debtor will withdraw it;

    (vii)     Ross "Sam" August retains the right to file a Proof of Claim as a general unsecured creditor, and to receive payments on that claim pursuant to the bankruptcy process; this settlement is expressly not a waiver of the underlying claim.

    (viii)     In the event of payor default of the settlement agreement, payor agrees to be liable for liquidated damages equal to the full amount of the Housing Court judgment, plus applicable interest, plus attorney fees at a rate of $225/hour; and for any collection efforts and/or litigation of the settlement agreement, venue and jurisdiction are agreed to be in Northampton, Mass. and attorney Robin is authorized to accept service of a summons and complaint;

Further litigation of this matter may be time consuming. Trial will require detailed arguments, possibly delaying administration of the Debtor's estate. Accordingly, having considered the issues of fact and law in dispute and the potential risks and costs involved in litigating the issues, the Debtor believes that the proposed compromise is fair and equitable and in the best interest of all parties, particularly since the proposed compromise brings the respective disputes to a

satisfactory resolution without prolonged and costly litigation without a certain result, permitting the Debtor with an opportunity to receive a discharge.

**WHEREFORE**, for the reasons set forth above, the Debtor requests that the Court authorize the Debtor to compromise the above claim as stated, and that the Court enter such other and further relief as the Court determines appropriate.

                              MARCIANO TALULA BOUDREAU

Dated: February 21, 2017

                              */s/ Louis S. Robin*
                              Louis S. Robin (BBO 545578)
                              Law Offices of Louis S. Robin
                              1200 Converse Street
                              Longmeadow, MA  01106
                              Tel. No. (413) 567-3131
                              Fax No. (413) 565-3131

### Certificate of Service

In accordance with the Electronic Case Filing ("ECF") Administrative Procedures of the United States Bankruptcy Court for the District of Massachusetts, I, Louis S. Robin, hereby certify that the foregoing, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that copies will be sent to those indicated as non-registered participants and all other creditors by first class mail by February 21, 2017.

                              */s/ Louis S Robin*

### Service List

Richard King USTPRegion01.WO.ECF@USDOJ.GOV

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Peter Irvine peter@peterirvinelaw.com

| | | |
|---|---|---|
| American Profit Recovery<br>34405 West 12 Miles Road<br>#379<br>Farmington Hills, MI 48331 | American Student Assistance<br>100 Cambridge ST., Suite 1600<br>Boston, MA 02114 | Americas Servicing Co/Wells Fargo H<br>1000 Blue Gentian Rd. #300<br>Mac #X7801-02k<br>Eagan, MN 55121 |
| Amex Dsnb<br>Po Box 8218<br>Mason, OH 45040 | Bank Of America<br>Attn: Recovery Department<br>4161 Peidmont Pkwy<br>Greensboro, NC 27410 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899 |
| Berkshire Gas<br>115 Chesire Road<br>Pittsfield, MA 01201 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St.  2nd Floor<br>Denver, CO 80237 | Cap1/bstby<br>Po Box 5253<br>Carol Stream, IL 60197 |
| Capital One<br>Attn: Bankruptcy<br>Pob 30253<br>Salt Lake City, UT 84130 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | CCI Contract Callers Inc.<br>501 Greene Street, 3rd Floor, Suite 30<br>Augusta, GA 30901 |
| Central Credit Services LLC<br>P.O. Box 1880<br>Saint Charles, MO 63302-1880 | Charter Cable<br>8413 Excelsior Drive; Suite 120<br>Madison, WI 53717 | Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19050 |
| Chase Crad Services<br>Po Box 15298<br>Wilmington, DE 19050 | Chase-pier1<br>Chase Card Svcs/Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | Citibank<br>Citicorp Credt Srvs/Centralized Bankr<br>Po Box 790040<br>Saint Louis, MO 63179 |
| Citizens Bank, N.A.<br>1 Citizens Drive<br>Riverside, RI 02915 | Client Services, Inc.<br>P.O. Box 1503<br>Saint Peters, MO 63376 | Collection<br>Contract Callers I<br>Augusta, GA 30901 |
| Collection<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256 | Comenity Bank/Pier 1<br>Po Box 182125<br>Columus, OH 43218 | Comenity Bank/Victorias Secret<br>Po Box 182125<br>Columbus, OH 43218 |
| Convergent Outsourcing, Inc.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494 | Credit One Bank<br>P.O. Box 60500<br>City Of Industry, CA 91716-0500 |

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Dsnb Macys
Macys Bankruptcy Department
Po Box 8053
Mason, OH 45040

Dueseau Trucking
P.O. Box 14
129 Elm Street
Hatfield, MA 01038

Easthampton Savings Bank
36 Main Street
Easthampton, MA 01027

Eversource
P.O. Box 650851
Dallas, TX 75265-0851

Eversource Credit Center
P.O. Box 270
Hartford, CT 06141-0270

Florence Saving Bank
85 Main Street
Florence, MA 01062

H & R Block
P.O. Box 677463
Dallas, TX 75267-7463

Hadley Water Department
230 Middle Street
Hadley, MA 01035

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201

Ma Board Of Higher Edu
454 Broadway Ste 200
Revere, MA 02151

Midland Credit Managment Inc.
2365 Northside Drive, Suite 300
San Diego, CA 92108

Mortgage Lenders Network
213 Court St
Middletown, CT 06457

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439

Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439

Office of Town Collector
Town of Hadley
100 Middle Street
Hadley, MA 01035

Orlans Moran, PLLC
P.O. Box 540540
Waltham, MA 02454

Peter Irvine, Esq.
Law Office of Peter Rodman Irvine
9 1/2 Market Street, Suite 3A
Northampton, MA 01060

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
P.O. Box 12903
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
49 Winter Street
Weymouth, MA 02188

Ross "Sam" August
62 Phillips Road
Apartment 89A
Somerset, NJ 08873

Sec Check
2653 West Oxford Loop
Suite 108
Oxford, MS 38655

Stellar Recovery
Department 132118
Oaks, PA 19456

Syncb/bargain Outlet
C/o P.o. Box 965036
Orlando, FL 32896

| | | |
|---|---|---|
| Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440 |
| TD Bank USA, N.A.<br>3701 Wayzata Blvd Mail Stop 3C-G<br>Minneapolis, MN 55416 | Town of Hadley<br>100 Middle Street<br>Hadley, MA 01035 | WMECO<br>P.O. Box 650851<br>Dallas, TX 75265-0851 |
| World Financial Network Bank<br>3100 Easton Square Place<br>Columbus, OH 43219 | | |